UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN RIVERS LACROIX,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>TRAVIS HOWARD, Detective, El Cajon Police Department, MR. McCARTHY, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | Case No.: 3:22-cv-01956-WQH-VET<br><br>**ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR COPIES**<br><br>**[Doc. Nos. 42, 45]** |

　　　Before the Court are Plaintiff's Request to Court to Re-Issue All Legal Documents in Case and Request for Copies of Docket Case File ("Requests for Copies"). Doc. Nos. 42, 45. Therein, Plaintiff makes identical requests for the Court to provide copies of all filings in this matter because prior copies were purportedly stolen. Doc. Nos. 42 at 2, 45 at 1. Plaintiff represents that new copies are necessary to properly litigate the case since Plaintiff has no electronic docket access or ability to create new copies. Doc. Nos. 42 at 2, 45 at 1. The Requests for Copies are Plaintiff's first such requests in this case.

　　　The Court will facilitate Plaintiff's access to copies of essential filings in this case. However, the Court does not find it necessary to provide copies of *every* filing since many are procedural and irrelevant to Plaintiff's underlying claims and corresponding defenses.

Moreover, Plaintiff is advised that the Court will not provide free copies of every document "without a specific showing of need." *See Davidson v. Sullivan*, No. 17cv0421 H (MDD), 2018 U.S. Dist. LEXIS 97804, at *42 (S.D. Cal. June 8, 2018) (denying motion for copies and further noting that neither the Constitution nor the *in forma pauperis* statute give a litigant "[the] right to have documents copied and returned to him at government expense") (collecting cases). Therefore, the Court **GRANTS IN PART** the Requests for Copies. The Court **ORDERS** the Clerk of the Court to provide copies of the following documents to Plaintiff by mail:

1. Plaintiff's Amended Complaint. Doc. No. 9.
2. Defendants' Answer to the Amended Complaint. Doc. No. 14.
3. Order Granting Request to Extend Fact Discovery. Doc. No. 30.
4. Honorable William Q. Hayes Civil Pretrial & Trial Procedures
5. Honorable Valerie E. Tores Civil Chambers Rules

**IT IS SO ORDERED.**

Dated: November 6, 2024

Honorable Valerie E. Torres
United States Magistrate Judge